IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA ADENIKE GARDINER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-904 |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 14th day of June, 2019, upon consideration of Defendants City of

Philadelphia and Michel Washington's Motion for Summary Judgment (Doc. No. 33) and the

briefing in support thereof and in opposition thereto, it is hereby **ORDERED** that:

1. Defendants' Motion is **GRANTED** and judgment is entered against Plaintiff and in favor

   of Defendants.

2. The Clerk of Court is directed to mark this case **CLOSED**.


        BY THE COURT:


        */s/ Marilyn Heffley*
        MARILYN HEFFLEY
        UNITED STATES MAGISTRATE JUDGE