**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTINA ADENIKE GARDINER** | CIVIL ACTION |
| *Plaintiff,* | No. 18-0904 |
| v. | |
| **CITY OF PHILADELPHIA ET AL.** | |
| *Defendants.* | |

## NOTICE OF APPEAL

Plaintiff, Christina Adenike Gardiner, hereby appeals to the Third Circuit Court of Appeals from the District Court's final judgment and Order granting summary judgment in the above-captioned matter on June 14, 2019 at docket no. 38.

Respectfully submitted,

 S/ Wayne A. Ely, Esquire

Wayne A. Ely, Esquire
Attorney for Plaintiff
59 Andrea Drive
Richboro, PA 18954
(215) 801-7979

July 11, 2019

1